UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25 CR 136 JMB/DTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2252(a)(2) |
| v. | 18 U.S.C. § 2252(b)(2) |
| NICHOLAS RICHARD LUGO, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Distribution of Child Pornography)

On or about July 3, 2024, in the State and District of Minnesota and elsewhere, the defendant,

**NICHOLAS RICHARD LUGO,**

having been previously convicted under the law of the State of Minnesota relating to the aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a minor, namely a conviction on or about October 11, 2021, in Hennepin County, Minnesota, for First Degree Criminal Sexual Conduct, did knowingly distribute a visual depiction using a means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means including by cellular telephone and computer device, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, to wit:

SCANNED
APR 09 2025
U.S. DISTRICT COURT MPLS

*United States v. Nicholas Richard Lugo*

| Description |
| --- |
| A 50-second video of two minor males, both appearing to be between approximately 14 and 16 years old. Both minor males have their penises exposed, and each minor male is performing oral sex on the other minor male. |

all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(2).

## **FORFEITURE ALLEGATIONS**

Upon conviction of Count 1 of the Indictment, the defendant,

## **NICHOLAS RICHARD LUGO,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1)  any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, distributed, or received in violation of Chapter 110 of Title 18, United States Code;

(2)  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

(3)  any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

*United States v. Nicholas Richard Lugo*

If the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____   _____
ACTING UNITED STATES ATTORNEY    FOREPERSON