# MANKEY LAW OFFICE

### ATTORNEYS AT LAW

**Matthew J Mankey**
Attorney At Law

Golden Hills Office Center
701 Xenia Ave S Suite 565
Golden Valley, MN 55416
Matthewmankey@comcast.net
763-560-4388
Fax 763-591-1653

_____

_____

September 24, 2025

**United States v. Nicholas Lugo**
Case No. 25-cr-00136 (JMB/DTS)

Honorable Jeffrey M. Bryan
United States District Judge
District of Minnesota

Dear Judge Bryan:

Nicholas Lugo by and through his attorney, Matthew J Mankey, respectfully submit this letter as a supplement to his Position on Sentencing. While in custody at Sherburne County Jail, Mr. Lugo has demonstrated genuine commitment to rehabilitation by completing significant coursework/programming while at the Sherburne County Jail. Defense Counsel received in excess of 300 pages of documentation verifying completion of programming however, in lieu of providing the actual voluminous documentation, the following summary is submitted for the Court's consideration.

1. Beyond Tolerance: Nurturing an Inclusive Mindset – September 10, 2025

2. Office 2016 Access Basic – September 1, 2025

3. The Power of Your Thoughts – August 27, 2025

4. Choosing Health Insurance – August 29, 2025

5. RISE Managing Time for Productivity – September 12, 2025

6. Strength, Resilience & Drive – August 27, 2025

7. Replacing Harmful Phrases With Inclusive Language – September 10, 2025

8. Resilience (Harvest Solutions) – September 8, 2025

9. Escape Anxiety: Grounding – September 7, 2025

10. Understanding and Improving Your Credit Score – September 10, 2025

11. Asian American and Pacific Islander Heritage Month – September 10, 2025

12. RISE Parenting in a Digital Age – September 16, 2025

13. Financial Resilience Through Emergency Savings – September 10, 2025

14. Introduction to Business Accounting 1 – August 31, 2025

15. Public Service and Community Engagement – September 10, 2025

16. Fitness Nutrition 101: How to Build Muscle & Lose Fat – August 30, 2025

17. Alcanzando Tu Máximo Potencial – September 16, 2025

18. Women of Valor Series – September 6, 2025

19. Business Productivity Training – August 29, 2025

20. Navigating the Shadows of Depression – September 7, 2025

21. Natural Light Portrait Photography – September 1, 2025

22. Master Time Management in 2 Hours – September 9, 2025

23. Good Citizenship – September 10, 2025

24. Employment Readiness (Harvest Solutions) – August 30, 2025

25. RISE Mental Health: What is it? – September 7, 2025

26. Relationships (Harvest Solutions) – September 9, 2025

27. Relationship Building in the Real World – September 8, 2025

28. Paula Jenkins: How to Show Up – September 7, 2025

29. The Job Interview – September 18, 2025

30. Office 2016 New Features – September 1, 2025

31. Makeup Essentials – September 16, 2025

32. Impulse to Discipline – September 9, 2025

33. Leadership Skills vs. Management – August 31, 2025

34. Power of Positive Thinking – September 7, 2025

35. Slay Your Budget – September 10, 2025

36. Identifying Distractions and Enhancing Focus – September 12, 2025

37. Get Organized – September 18, 2025

38. Workspace Organization for Productivity – September 9, 2025

39. Office 2016 Outlook Advanced – September 1, 2025

40. Letters & Sounds for Beginner Readers – September 8, 2025

41. Adaptability & Flexibility: Embracing Change – September 16, 2025

42. Create Healthy Habits That Stick – September 9, 2025

43. Office 365 Administration – September 4, 2025

44. 5 Day Challenge to Improve Mental Health – September 7, 2025

45. Retail Arbitrage from Home – September 5, 2025

46. What to do During a Traffic Stop – September 12, 2025

47. Goal Setting (Harvest Solutions) – September 16, 2025

48. Goal Setting for Life, Career and Business – September 10, 2025

49. Managing Anxiety – September 12, 2025

50. Outstanding Customer Service – September 9, 2025

51. Intro to Legal Concepts – September 17, 2025

52. Paula Jenkins: Leadership Development – September 7, 2025

53. Exploring the World of Technology – September 7, 2025

54. Goal Setting (Jenny Schatzle – Harvest Solutions) – September 12, 2025

55. Management Science Models and Techniques – September 12, 2025

56. Office 2016 Excel Advanced – September 1, 2025

57. Reinserción en la Comunidad – September 16, 2025

58. Intermittent Fasting – September 9, 2025

59. Navigating Large Emotions – September 9, 2025

60. Recovering When Your Impact Does Not Match Your Intent – September 10, 2025

61. Online Income Formula – September 4, 2025

62. RISE Presenting Your Best Work – September 5, 2025

63. Confidence (Isaiah Marshall – Harvest Solutions) – September 8, 2025

64. Steps to Secure Your Future – September 10, 2025

65. Introduction to Marketing – September 9, 2025

66. Office 365 for End Users – September 4, 2025

67. Anger Management (StoneRiver) – September 13, 2025

68. Make Your Mark Volume 1 (Jessica Broadway – Harvest Solutions) – August 31, 2025

69. Staying Safe on Social Media – September 9, 2025

70. Family & Relationships – September 16, 2025

71. Goal Setting Skills – August 30, 2025

72. Enhance Your Social Game – September 9, 2025

73. Re-Entry 101 (Stephen Barbee – Harvest Solutions) – September 6, 2025

74. Communication After Incarceration (Marcus Gentry – Harvest Solutions) – August 29, 2025

75. Goals (Chauncey Julius – Harvest Solutions) – August 29, 2025

76. Child Development for Parents – September 9, 2025

77. MS Teams for Administration – September 13, 2025

78. Office 2016 Excel Intermediate – September 1, 2025

79. RISE Creative Strategies for Effective Problem Solving – September 8, 2025

80. Adobe Premiere Pro and Audition – September 7, 2025

81. High Conflict Divorce Parenting – September 6, 2025

82. Improving Your Self-Awareness – September 9, 2025

83. Time to Find a New Job? – September 5, 2025

84. Reading Skills – September 5, 2025

85. Soliciting and Responding to Customer Feedback – September 5, 2025

86. Digital Literacy & Online Safety – September 7, 2025

87. Total Confidence – August 27, 2025

88. Understanding Yoga Education – September 5, 2025

89. Social Media Marketing – September 7, 2025

90. Entrepreneurship Qualities for First-Time Entrepreneurs – September 9, 2025

91. Goal Setting (Shuvra Deb – Harvest Solutions) – September 13, 2025

92. Empower Your Fitness – August 30, 2025

93. Winning With Communication – September 5, 2025

94. Herbs and Natural Remedies – September 9, 2025

95. Beating Depression – September 7, 2025

96. Paid Advertising – September 6, 2025

97. Using Racially and Ethnically Inclusive Language – September 10, 2025

98. Mental Freedom: From Pain to Power – September 7, 2025

99. Domestic Violence (Syreta Toson – Harvest Solutions) – September 9, 2025

100.  Email Etiquette and Management – September 7, 2025

101.  Online Residual Income Business Models – September 4, 2025

102.  Complete Guide to Writing Business Plans – August 29, 2025

103.  Postural Syndromes and Chronic Pain (Scott Keller – Harvest Solutions) –
August 3, 2025

104.  Career Focused (Michael Frizell – Harvest Solutions) – August 29, 2025

105.  Office 2016 Access Advanced – September 13, 2025

106.  Superior Brain Health – August 26, 2025

107.  Capturing Creativity – September 9, 2025

108.  Developing and Maintaining a Professional Network – September 9, 2025

109.  The Secrets to Burning Fat – August 26, 2025

110.  Microsoft Office 360 SharePoint for End Users – September 13, 2025

111.      Mindful Perspectives: Navigating Unconscious Bias – September 9, 2025

112.      Relationships (Jenny Schatzle – Harvest Solutions) – September 8, 2025

113.      Understanding Money Basics (Sheristen McCullah – Harvest Solutions) –
          September 9, 2025

114.      Retaining Higher Education for Success (Briar Douglas – Harvest
          Solutions) – September 8, 2025

115.      Best Types of Daily Habits (Frank Tristan – Harvest Solutions) – August
          27, 2025

116.      The Lost Art of Being Present – September 5, 2025

117.      Confidence (Chauncey Julius – Harvest Solutions) – September 8, 2025

118.      Strategic Leadership: Aligning Priorities for Success – September 12, 2025

119.      Inclusive Conversations at Work – September 10, 2025

120.      Coping Skills for a Better Life – August 26, 2025

121.      Take Control of Your Credit – September 10, 2025

122.      7 Go-to Strategies to Tame Stress – August 27, 2025

123.      Oral Health (Scott Keller – Harvest Solutions) – September 4, 2025

124.      Office 2016 Access Intermediate – September 1, 2025

125.      Effective Bookkeeping and Payroll – July 17, 2025

126.      Business Etiquette and Professionalism – September 10, 2025

127.      Doing the Right Thing: A Guide to Good Business Ethics – September 10,
          2025

128.      Write Right – September 6, 2025

129.    Hidden Secrets of Selling – Part 1 – August 30, 2025

130.    Hidden Secrets of Selling – Part 2 – August 30, 2025

131.    Carb Cycling: Discover the Secret System of Weight Loss – August 29, 2025

132.    Wellness (Dr. Scott – Harvest Solutions) – September 8, 2025

133.    Assessing Your Strengths, Interests, and Values – September 12, 2025

134.    Children's Rights – September 13, 2025

135.    RISE Success is an Iceberg – September 9, 2025

136.    Obtaining Goals & Goal Setting (Michael Kashey – Harvest Solutions) – September 8, 2025

137.    The Art of Reinventing Yourself – September 5, 2025

138.    Make Your Mark Volume 2 (Jessica Broadway – Harvest Solutions) – August 31, 2025

139.    How to Get Your Driver's License as an Adult – September 10, 2025

140.    Basics of Investing – September 10, 2025

141.    Cómo Enfrentar la Depresión – September 16, 2025

142.    Complete Guide to Writing Marketing Plans – September 9, 2025

143.    Are You an Ally? Taking on These 5 Roles – September 10, 2025

144.    Introduction to Mindfulness – September 9, 2025

145.    The Power of Groundedness – August 27, 2025

146.    Communication for Veterans (Marcus Gentry – Harvest Solutions) – August 29, 2025

147.    The Basics of Managing Stress – September 5, 2025

148.    Con Amor y con Coraje – September 17, 2025

149.    Business Development Sales – September 16, 2025

150.    The Lost Art of Intentional Living – September 5, 2025

151.    Conquering Fear – August 27, 2025

152.    Peak Productivity Hacks – September 9, 2025

153.    Effective HR Administration – September 18, 2025

154.    Introduction to Cooking – September 16, 2025

155.    I Can Use Letter Sounds to Decode Words – September 8, 2025

156.    Obtaining Goals (Criminal Justice) (Stephen Barbee – Harvest Solutions) –

    September 8, 2025

157.    Principles of Success: Growth Mindset – August 27, 2025

158.    Setting Goals That Actually Work – September 8, 2025

159.    Joint Health – August 31, 2025

160.    Video Editing for Beginners – September 5, 2025

161.    Stretching for the Inflexible (Beginner Stretching) – September 5, 2025

162.    RISE Substance Misuse – September 9, 2025

163.    Beginner's Guide to Stock Market Dividend Investing 2.0 – April 26, 2025

164.    Trauma (Shuvra Deb – Harvest Solutions) – September 8, 2025

165.    Microsoft Teams for Managers – September 13, 2025

166.    Cultural Awareness & Social Change – September 10, 2025

167.    Millionaire Success Mindset – September 1, 2025

168.     Gratitude Lifestyle – September 18, 2025

169.     Impulse Control: Mastering the Art of Self-Discipline – September 9, 2025

170.     Beginner's Guide to Personal Finance and Wealth Building – September 5, 2025

171.     Supply Chain Management – September 18, 2025

172.     Developing Healthy Optimism – September 17, 2025

173.     What is Stress? – September 9, 2025

174.     Building a Career as a Veteran (Harvest Solutions) – September 7, 2025

175.     Successful Critical Thinking – September 12, 2025

176.     Understanding Bank Accounts and Services (Rebecca Greene – Harvest Solutions) – September 5, 2025

177.     RISE 8 Habits of Life-Long Learners – September 9, 2025

178.     Office 2016 Excel Basic – September 1, 2025

179.     Zen Lifestyle – August 27, 2025

180.     Logical Decision-Making – September 16, 2025

181.     Workplace Communication Basics – September 5, 2025

182.     Key Applications – August 31, 2025

183.     RISE Living Sober! – September 9, 2025

184.     Simple Habits of Greatness – September 18, 2025

185.     Procrastination Solution – September 18, 2025

186.     Mental Freedom: Freedom From Pain – September 9, 2025

187.     Reading Skills (Non-Fiction) – September 8, 2025

188.    Office 2016 Outlook Basic – September 1, 2025

189.    Muscle Building Secrets – September 1, 2025

190.    Ayuda Financiera para la Universidad: FAFSA, Becas y Subvenciones – September 16, 2025

191.    Office 2016 Word Basic – September 1, 2025

192.    Brainstorming Mastery: Generate Creative & Innovative Ideas – September 16, 2025

193.    Metabolic Health (Scott Keller – Harvest Solutions) – August 25, 2025

194.    Certificate of Acknowledgement: Demonstrating Outstanding Commitment to Growth Personally and Professionally – August 25, 2025

195.    What's New in Windows 10 – September 7, 2025

196.    First Aid Basics – September 9, 2025

197.    Office 2016 Word Intermediate – August 26, 2025

198.    Make Money From Home – August 31, 2025

199.    Computer Fundamentals – August 30, 2025

200.    Intro to HR Concepts – August 31, 2025

201.    Financial Independence and Early Retirement (FIRE) (Rebecca Greene – Harvest Solutions) – September 16, 2025

202.    Beating Anxiety – September 7, 2025

203.    MS Teams for End Users – September 13, 2025

204.    Pell Grants, Scholarships & FAFSA (Frank Tristan – Harvest Solutions) – September 8, 2025

205.    A Guide to Content Marketing – August 27, 2025

206.    Basic Financial Literacy – September 10, 2025

207.    Honoring Herstory During Women's History Month – September 9, 2025

208.    Dare to Disagree – September 9, 2025

209.    Microsoft Office 365 Web Apps – September 18, 2025

210.    Mastering Saving and Spending Wisely (Seth Swafford – Harvest

Solutions) – September 13, 2025

211.    Resiliency (Isaiah Marshall – Harvest Solutions) – September 8, 2025

212.    Exercise for Stress Relief – September 9, 2025

213.    Health (Jenny Schatzle – Harvest Solutions) – August 31, 2025

214.    Your Insight is Important – September 12, 2025

215.    Transformational Leadership – September 5, 2025

216.    Managing Personal Finances 2.0 – September 9, 2025

217.    Safe Use of Social Media – September 7, 2025

218.    Diversity Foundations – September 10, 2025

219.    Communication Mediums – September 17, 2025

220.    Mindfulness Through Movement – September 9, 2025

221.    Advanced Parenting Skills – August 27, 2025

222.    Nourish Your Body – August 3, 2025

223.    Organizational Culture Change Training: Management Skills – September

9, 2025

224.    Communication Essentials 1 – September 17, 2025

225.    RISE The Art of Problem Solving – September 8, 2025

226.    Diversity, Equity, and Inclusion Building – September 10, 2025

227.    Functional Fitness Training: Get in Shape at Home

228.    Money (Paula Jenkins – Harvest Solutions) – September 12, 2025

229.    Don't Let Them Fool You – September 9, 2025

230.    Napoleon Hill's 13 Keys to Success (Think and Grow Rich) – August 26, 2025

231.    Pathogens and Communicable Diseases – September 9, 2025

232.    Síndromes Posturales y Dolor Crónico – September 16, 2025

233.    Values Aligned & Goal Setting (Frank Tristan – Harvest Solutions) – September 8, 2025

234.    Study and Learning Skills for College & University Students – September 5, 2025

235.    Healthy Heart – August 30, 2025

236.    RISE Nurturing Neurons – September 13, 2025

237.    Strategic Planning Skills SR – September 9, 2025

238.    Photography DSLR Skills – September 4, 2025

239.    Equality and Equity – September 10, 2025

240.    Building and Maintaining Good Credit (Rebecca Greene – Harvest Solutions) – August 29, 2025

241.    Shatter the Ceilings, Break the Bias – September 10, 2025

242.    Managing Project Teams – August 31, 2025

243.    Taking Action – September 16, 2025

244.    Beating Obesity – August 27, 2025

245.    Introduction to Macroeconomics – September 8, 2025

246.    Walking Forward: Learning from the Past (Stephen Barbee – Harvest Solutions) – September 9, 2025

247.    Building Bridges: Effective Communication Techniques – September 9, 2025

248.    The Basics of Managing Stress in 2 Hours – September 5, 2025

249.    Communication for College Students (Marcus Gentry – Harvest Solutions) – August 29, 2025

250.    Leading with Decisiveness – September 9, 2025

251.    Beginning Math Skills – September 12, 2025

252.    How Credit Reports Work – September 9, 2025

253.    Dealing with Difficult People in Life & Work – September 9, 2025

254.    REBT – Rational Emotive Behavioral Therapy – September 7, 2025

255.    Get Moving: The Benefits of Exercise – September 9, 2025

256.    Entendiendo los Bancos y sus Servicios – September 16, 2025

257.    Hidden Secrets of Selling – Part 4 – August 31, 2025

258.    From Problem to Solution – August 30, 2025

259.    Power and Pride: The Origins of Pride Month – September 4, 2025

260.    Social Intelligence – September 18, 2025

261.        Secrets of Psychology: Why People Do the Things They Do – August 27, 2025

262.        Gardening 101 – August 30, 2025

263.        Addiction Adieu Formula – August 27, 2025

264.        Boost Productivity and Creativity in Meetings – September 10, 2025

265.        Success Rituals: The Ultimate Path to Success – September 10, 2025

266.        Immunity Boosting Foods – August 31, 2025

267.        Overcoming the Fear of Failure – September 9, 2025

268.        Sales 2.0: How to Sell the Current Customer Easily – September 5, 2025

269.        Fast Learner Blueprint – September 18, 2025

270.        Effective Human Resources (HR) Administration – August 30, 2025

271.        Hidden Secrets of Selling – Part 3 – August 31, 2025

272.        Multiculturalism – September 13, 2025

273.        Supercharging Your Career with a Mentor – September 9, 2025

274.        Time Management (Shuvra Deb – Harvest Solutions) – September 5, 2025

275.        Home Workout – August 27, 2025

276.        Time to Set Goals – September 18, 2025

277.        [Certificate blank/missing name, but issued to Lugo] – September 9, 2025

278.        RISE Introduction to Google Suite / Workspace – September 7, 2025

279.        Office 2016 PowerPoint Basic – September 1, 2025

280.        Hatha Yoga Made Easy – August 30, 2025

281.        Excel Productivity – August 30, 2025

282.        New Year, New You! – September 12, 2025

283.        Focus Forward – September 7, 2025

284.        Healthy Habits for Life – September 9, 2025

285.        The Art of Definitive Choices – September 12, 2025

286.        Mindfulness Meditation – August 27, 2025

287.        Maslow's Hierarchy of Needs – September 17, 2025

288.        Office 2013 Lync – September 1, 2025

289.        Healthy Habits to Help You Stay Focused – September 12, 2025

290.        Creating Social Change – September 10, 2025

291.        RISE Advanced Problem Solving – September 8, 2025

292.        Confidence (Jenny Schatzle – Harvest Solutions) – September 9, 2025

293.        Positive Discipline Techniques – September 17, 2025

294.        Navigating Credit Cards, Loans, and Bankruptcy for a Secure Future –

        September 10, 2025

295.        Time Management Mastery – September 9, 2025

296.        Binge-Free Health Lifestyle Diet – August 27, 2025

297.        Self-Regulation & Self-Motivation – September 9, 2025

298.        Time Management Skills – September 9, 2025

299.        Professionalism in the Office – September 6, 2025

300.        What is Black History Month? – September 16, 2025

301.        DWI Education – September 9, 2025

302.        Theft & Shoplifting Prevention – September 6, 2025

303.    What is Your Leadership Style? – September 5, 2025

304.    Forgiveness is Freedom – August 27, 2025

305.    Jobs (Paula Jenkins – Harvest Solutions) – September 10, 2025

306.    Let's Talk It Out: Conflict Resolution Essentials – September 8, 2025

307.    Microsoft Office 2019: New Features – September 1, 2025

308.    Introduction to Adobe Premiere Pro CC – August 31, 2025

309.    Walking Forward: Learning from the Past (Michael Kashey – Harvest Solutions) – September 5, 2025

310.    Ways to Celebrate AAPI Heritage Month – September 10, 2025

311.    Ultimate Time Management Course – September 5, 2025

312.    Wellness (Jenny Schatzle – Harvest Solutions) – August 31, 2025

313.    Stress Management: For Relief from Stress of Life & Work – September 17, 2025

314.    Entrepreneur & Small Business Mindsets for Success – August 30, 2025

315.    Online Entrepreneur Survival Guide – September 4, 2025

316.    RISE The Power of Self-Motivation (Micro-Learning) – September 9, 2025

317.    Black History Month Can Be Every Month – September 16, 2025

318.    Breaking the Cycle: Parenting with Purpose & Healing – September 6, 2025

319.    Search Engine Optimization – September 5, 2025

320.    Eating Healthy – August 27, 2025

321.    Adobe Illustrator CC – Beginner Essentials – August 27, 2025

322.        Master the Art of Verbal Communication – August 31, 2025

323.        Montessori Parenting – September 1, 2025

324.        The Power of Visualization – August 27, 2025

325.        Health and Wellness Coaching Certification – August 30, 2025

326.        Thinking Critically SR – September 9, 2025

327.        Inner Healing Miracles – August 27, 2025

328.        Workplace Etiquette (Seth Swafford – Harvest Solutions) – September 5,
        2025

329.        Preventive Dental Care & What You Need to Know – September 9, 2025

330.        Faces in Full Color: An Exploration of Multiculturalism – September 10,
        2025

331.        Leadership and Management Training – September 16, 2025

332.        Hispanic Heritage Month – August 31, 2025

333.        Understanding Trauma in Your Adolescence (Michelle Romero – Harvest
        Solutions) – September 8, 2025

334.        Insomnia Solution – August 26, 2025

335.        Breaking the Silence: Addressing Domestic Violence – September 13, 2025

336.        Changing Your Daily Habits (Scott Keller – Harvest Solutions) –
        September 9, 2025

337.        How to Reach Your Full Potential – August 31, 2025

338.        Graphic Design Fundamentals – September 6, 2025

339.        College Bound: Your Guide to Higher Ed – September 6, 2025

340.    Sé Hombre: Redefiniendo la Fuerza a Través del Respeto – September 17, 2025

The completion of these courses reflects consistent effort over many weeks. When viewed alongside Mr. Lugo's Acceptance of Responsibility and the mitigating circumstances of his personal history as described in the Presentence Report, his rehabilitative record supports the fairness and adequacy of a sentence of no more than 180 months.

Under the parsimony principle of § 3553(a), a sentence of 180 months' imprisonment, with 15 years of supervised release, is sufficient but not greater than necessary to achieve the goals of sentencing.

Respectfully submitted,


Matthew J. Mankey
Counsel for Mr. Lugo